| BLOOM V. BOADWINE |
|---|

This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**TARA JOY BLOOM,**
**Plaintiff-Appellee,**
**v.**
**MICHAEL STEPHEN BOADWINE,**
**Defendant-Appellant.**

Docket No. A-1-CA-37652
COURT OF APPEALS OF NEW MEXICO
April 30, 2019

APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY, David K. Thomson, District Judge

**COUNSEL**

Tara Joy Bloom, Santa Fe, NM, Pro Se Appellee

Michael Stephen Boadwine, Albuquerque, NM, Pro Se Appellant.

**JUDGES**

J. MILES HANISEE, Judge. WE CONCUR: KRISTINA BOGARDUS, Judge, MEGAN P. DUFFY, Judge

**AUTHOR:** J. MILES HANISEE

**MEMORANDUM OPINION**

**HANISEE, Judge.**

**{1}** Summary affirmance in part and remand to the district court for clarification was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing the notice of summary disposition has been filed and the time for doing so has expired. **AFFIRMED IN PART AND REMAND TO DISTRICT COURT FOR CLARIFICATION.**

**{2}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**MEGAN P. DUFFY, Judge**